Case 2:20-cv-00154   Document 41   Filed on 08/31/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTHONY MOLINA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-154 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

# ORDER

Before the Court is Petitioner Molina's objection (D.E. 40), complaining of the Magistrate Judge's order (D.E. 39), denying his motion (D.E. 38), which seeks an evidentiary hearing or expansion of the record. The Magistrate Judge held that the request is not appropriate unless and until this Court sustains Petitioner's objections to the Magistrate Judge's Memorandum and Recommendation (M&R, D.E. 34). The M&R is currently pending before this Court. As the Magistrate Judge noted, any request for a hearing is premature at this time. In the event that the Court sustains the objections to the M&R and retains this case, Petitioner may raise the issue again. At this time, the objection (D.E. 40) is OVERRULED.

ORDERED this 31st day of August, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE